# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3012
_____

DAVID NYBERG,

   Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

August 24, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David Nyberg, pro se, Appellant.

Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.